



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

United States District Court
300 Ala Moana Blvd
Room C-338
96850

RECEIVED BY OVERNIGHT DELIVERY

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 27 2021
DISTRICT OF HAWAII
2:30 PM
ss