Nikki Christen rebuttal to my charge
with ATI #486-2020-00075

Upon returning from a four day hospital stay 2/13/19-2/17/19.I receieved my notification of Termination via FedEx on February 18th. It is stated in my termination notice
that ATI can no longer wait for my return therefore my employment with ATI is terminated as February 14th.
In there rebutal ATI contends that I was fired for an offense of "no show no call".
So now what was the real reason for my termination? I contend that ATI discriminated against me and was
ENTIRELY AWARE of my medical condition and disability.

ATI did not challange the State of Hawaii's Unemployment Insurance Division Decision.
383-30(2): No Disqualification
Section 383-30(2) Hawaii Revised Statutes provides that an individual shall be disqualified for
benefits if the individual has been discharged for misconduct connected with work. The disqualification is
until the individual has subsequent to the week in which the discharge occurred, been paid wages in covered
employment equal to not less than five times the individual's weekly benefit amount as determined under
section 383-22(b).

According to my unemployment approval letter from the state of Hawaii:
"You were employed by Americantours International LLC as a customer liason from 08/27/18 to 02/14/19. You reported
you were discharged while you were in the hospital as the employer felt you were not able to perform your job. The
employer did not provide any additional information. However, the termination letter provided states the employer
could no longer wait for you to return to work. Based on the available information, the
re is INSUFFICIENT evidence to
show that you were discharged for misconduct connected with work. Therefore, no disqualification is imposed as you
were discharged for reasons other than misconduct connected with work."

ATI further contends that I was not in communication with the powers that be,
(ie Jenna Spain my Direct Supervisor and Lucienne Mack HR director).
I have the evidence to show, text messages and phone calls that ATI was kept upto date as to my
medical condition and disability and not once were they uniformed.

Refering to ATI's rebutal that on February 13th ATI employees,
Petra Panfigliglio office manager, Jenna Spain supervisor and Lucienne Mack HR director "repeatedly
called Ms. Christen but were unable to reach her". And ATI further contends that on February 13th that
Ms. Christen sent a text message to Ms. Spain stating that her doctor was



refering her for more test,
but provided no further information about when she could return to work or
when ATI could expect
a doctors note excusing Ms. Christen's absenses. Again which is it, ATI was
unable to reach me or not?
They go on to say they had no choice but to terminate my employment given
what was numerous no call, no shows
in violation of ATI's policies and without any indication of a definite
return to work date. Having been fired
for reasons other than gross misconduct,numerous no show, no calls and the
fact that they could no longer wait for
my return

I informed ATI on February 12th that I was refered for more test and my
condition had not
improved. At that point their would not have been a definite return to work
date because of pending test.
Having provided conflicting reasons for termination I contend that ATI is
covering up the fact that I was
terminated for a disability having been ENTIRELY AWARE of my medical
condition.

My regular day's off were Thursday and Friday which were February 7th and
8th, 14th and 15th.
I was in the Hospital on the 13th and terminated on the 14th. ATI having
known that a doctors note
forthcoming would not be available until my possible return on the 15th yet
terminated on the 14th.
ATI handbook states that Arbitration is the Exclusive Remedy yet they
refused to mediate.
No offer of FMLA was provided to myself.

Point #1:

I learned I had Type 2 Diabetes on 12/3/18. I informed my office manager,
Petra Panfigliglio on 12/03/18 about
the diabetic condition. I had shown her my lab results from my most recent
doctor visit. I had had prior excused
doctor visit for the issue and was trying to get to the bottom of my
symptoms. I provided my work with all of these
doctors notes. Petra Ponfiglio took a look at my lab results and immediately
declared I had diabetes.
She has a family member who also has diabetes so she said she now recognized
all the symptoms and terminology.
They should still be on the company email server.I sent the lab results to
her in an email via my ATI work domain as
nikki_christen@americantours.com. I also printed a copy.

From that point forward she required me to get a doctor's note for any
inflammation of my feet and one to return to work
(see attatched texts from Petra Panfiglio & Jenna Spain). Both to which I



always complied as evidenced by my paperwork.
She then offered the "REASONABLE ACCOMODATIONS" of putting my foot on a
second chair when I was
at work, which concludes that American Tours International LLC. knew about
my disability.

Point #2:

I concede to falling asleep one time on the job, I can admit to that. I was
asked to sign a waiver of how long I was
asleep to make the adjustment in pay. It seemed fair since ATI took a chance
on me. I was very sleepy from the new medication
I was given for my medical condition which was happening to me regularly and
I provided a doctors note every single time
I extremely regret the antibiotics which caused my drowsiness, but to skip
them could have lead to amputation or death.
This was the only time I was ever written up. I thought we/ATI had moved
forward from that, but not so fast apparently...
To contend I didn't provide a phone call/text or a doctors note is
ridiculous. I have more paperwork than ATI does I guess?
Every text/email and doctors note is on my hard drive or theirs. I have
printed and saved everything that is from my own
property.

Point #3

I sent a doctors note to Jenna Spain on 2/2/19  which excused me from work
from 2/2/19-2/3/19,
returning 2/4/19
I went back to my doctors on 2/4/19 because my condition had worsened. The
doctors note specified not to
return to work until 2/11/19. I provided that note to Jenna Spain (see
attached), but she did not respond. Again I tried
to contact her on 2/12/19. I had laryngitis already so I could only whisper.
I worked in customer service so
without a voice I could not work on the phones which was the bulk of my
job.She wanted to know more information and I could
not provide that immediately because some of those labs take a little time,
especially in the flu season.
I was getting referred to oncology and that was very scary. I had a doctors
note from 2/11/19-2/13/19
On 2/12/19 Jenna Spain responded "just let me know."

Point #4:

On 2/13/19 I went to Straub Medical Center ER for extreme abdominal pain.
After a battery of tests and several hours they
were going to to admit me, but they did not have any beds available. I was
then transferred to Kaiser Moanalua via ambulance.
I had a great doctor. She said if I had waited 3 more days I would have
died. Ironically, my phone died late 2/13/19 in the ER,



but I was admitted to the hospital, in extreme pain,not even have a tiny
sponge of water. It didn't matter anyway because
they had already fired me on 2/14/19, my hospital admission date. I had no
idea of until the day I was able to reach HR on
2/18/19 at which I learned I was terminated.


In conclusion, the fact that ATI contradicts themselves numerous times
throughout, it is a very good chance that they opperate under different laws
and practices.
Existing case law makes it clear that the offer of Reasonable Accomadation
costitutes knowledge of an employee with a disability.


Further witnesses:

Harold Thompson: 808-439-4958 significant other
Paola Laguna: 323-919-0459 former co-worker
Sharon Seiler: 320-249-0245 mother
Paola Laguna:
All the witnesses above saw what I
went through this entire ordeal & the
toll it took on me & my mind & body.
They can vouch for many of the facts
laid out in my charge & rebuttal.
Feel free to call any of them if
you have any questions.

Wednesday, September 12, 2018

Nikki (+1 (949) 426-0874 )

10:47:26 AM      Is this your best selfie .??

12:51:27 PM      She at lunch then ? I tried calling her
but I'll try again .



Jenna Spain  (+1 (310) 722-0496 )

Hi Nikki , Lucienne 's tried calling your
cell and desk several times and she  's      1:24:42 PM
not getting through .

Everything ok?      1:24:49 PM

Sunday, September 16, 2018

Nikki (+1 (949) 426-0874 )

Hi Jenna . I was hoping you 'd let me go
a half day today cuz I fainted . 2 times
the last 24 hours and I really want to
see whats happening . I wanted to go to
urgent care before it happens again
today . Cuz it 's always when I 'm sitting
or standing still . I 'm actually getting all
8:07:56 AM      teary eyed cuz the timing is terrible
with this new job which I was so happy
about. I've always been an extremely
hard worker I can work a couple extra
hours a to make up for it ? I need to
know why I 'm so tired all the time the
last 3 weeks and I don 't want to lose
my job over something I might be able
to fix . Would that be ok ?

I was actually starting to make a little
progress yesterday too .  With
understanding things . I can get a
8:11:30 AM      doctors note if you need that too
Going to go soon tho . This is it not
Nikki

8:17:50 AM      We can chat on the phone now if you
want



Jenna Spain  (+1 (310) 722-0496 )

Hi Nikki , please go ahead and see the
doctor today . You need to take care of
your health . You can take the day off
or do a half day . Whichever is best for      8:18:50 AM
you. You can bring a doctors note in
tomorrow. No worries. Just get to
doctor so they can look into it  .

Just let me know what you decide to
do in terms of coming in today  . Either      8:19:19 AM
way is ok .

Nikki (+1 (949) 426-0874)

I Just don't want anything to happen at work and then there's a liability on your part and it's Workmen's Comp. and all that BS so I thought it's probably best just to get that looked at that way if the doctor says shes fine you guys are covered everyone's covered I don't want to have to go down that road because that's not fair to ATI

8:20:36 AM



Jenna Spain  (+1 (310) 722-0496)

Yes if you are fainting you absolutely need to get that checked out right away.

8:21:10 AM

Go take care of that and let me know what you plan to do as far as coming in

8:21:33 AM



No worries

8:21:37 AM

Nikki (+1 (949) 426-0874)

I wish I had a better reason like I stayed out all night and went to a Metallica concert and I was too hung over to come to work but it certainly not the case . LOL

8:22:00 AM





Jenna Spain  (+1 (310) 722-0496)

Lol yeah I hear ya . Go get checked out and let me know .

8:22:41 AM



Nikki (+1 (949) 426-0874)

I will. I'm going shortly . Maybe I'll take a walker . Haha . The Sheraton has the urgent care 2 blocks away . I have to sit for everything . I get too dizzy . I'm so sorry Jenna .

8:24:53 AM



Jenna Spain  (+1 (310) 722-0496)

It's ok just keep me posted . Hope they get it solved for you quickly !

8:25:26 AM



Nikki (+1 (949) 426-0874)

Well according to WebMD . Haha . I have a fever . . . or . . . . cancer! Small svope

8:27:15 AM

Thank you for understanding . It means a lot And it says a lot about your company . or . my company ! 😊

8:28:31 AM

Monday, September 17, 2018

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki, I hope you're feeling better
today. Was just wondering if you
planned to come in ? Thanks!

9:17.58 AM

Nikki (+1 (949) 426-0874)



10:03:54 AM

I'm really sorry Jenna . I'm so
embarrassed and frustrated by this
Not my shining moment in life



10:04:55 AM

Jenna Spain  (+1 (310) 722-0496)

Thank you Nikki . It's ok. Let hope they
can get to the bottom of these issues
you're experiencing quickly !

10:15:44 AM

Nikki (+1 (949) 426-0874)



10:20.01 AM

When you called it scared me cuz I
was sleeping on my couch waiting to
call both you and Petra . So I'm sure I
sounded like a spaz scrambling

10:30:24 AM

Go figure, sleeping!

10:21:36 AM

Before the last few weeks I was a  6
hours a night kind of girl . I NEVER
napped. EVER .



Jenna Spain  (+1 (310) 722-0496)

Yeah definitely need to see a doctor
and get it straightened out !

10:26:45 AM

Alberto is asking about your hours
Saturday . You clocked in , but didn't
clock in /out for lunch or at the end of
the day . Could you please let me know
your hours So I can pass it on to
Alberto . Same for Sept 5th.

10:28:54 AM



Nikki (+1 (949) 426-0874)

I'm working on it . He started talking
"potential stroke ," epilepsy ," "seizures "
my brain just shut down and was like
"kittens , rainbows, and ice cream ."
Gawwwd Jenna. Then the cherry on top
is getting my ex . s stuff out of here
sometime this week

10:32:15 AM

Yes I will snd I was all proud of myself on Saturday snd hit down in the elevator and was like efffffff. Clocked out I did not !

10:33:19 AM

I left at 6pm Saturday and I just ate a sandwich at my desk but 30 minutes for lunch is fine

10:35:25 AM

The 5th I'll just say 6pm. I wouldn't have left any sooner. If anything later because I think it was the night Petra was helping me and we got s bunch done, but 6pm is the only fair time so please use that

10:39:10 AM



**Jenna Spain  (+1 (310) 722-0496)**

Hi Nikki, thank you. In the future please make sure you take a true 30 min lunch away from your desk. Perhaps log off phones 15 mins before to ensure you don't get wrapped up in a call



10:40:10 AM

**Nikki (+1 (949) 426-0874)**

Yes. That made me lol cuz that's what happened as soon as I opened my sandwich up

10:41:37 AM



**Jenna Spain  (+1 (310) 722-0496)**

Yeah you have to take lunch and do not need to be logged it at every moment as we have others working on phones too. Thanks!



10:42:23 AM

**Nikki (+1 (949) 426-0874)**

Ok thank you Jenna. I feel very appreciative of you and for you on days like today

10:47:14 AM



Tuesday, September 18, 2018

**Jenna Spain  (+1 (310) 722-0496)**

Hi Nikki, are you planning to come in today? I haven't heard from you.

9:57:37 AM

**Nikki (+1 (949) 426-0874)**

Jenna! OMG. I have no excuse for not calling earlier I am so dang frustrated with these doctors I have been on the phone nonstop since yesterday. I had my friend stay overnight with me because I fainted yesterday and hit both my knees on my new cabinets 😂😂he fears I'll hit my head and become paralyzed it's how his dad died. I'm still working on finding a new PCP, who then gets me in to see a

Page 4 / 19

12:19:49 PM

specialist , without insurance this is a
nightmare . I asked my mom to help me
which she will as soon as I can find an
open appt . No one wants to take
uninsured patients and I say I will pay
cash and they say ok but that amount
is always variable . And a specialist is
even more . It's like Mom hey can I
borrow some of your retirement today .
We can talk in a bit if that 's ok ? I'm
just gonna make 2 more calls and pray
they 'll be able to see me . I'm sorry
Jenna. I'm sure this has been annoying
on your end . It's beyond sickening on
mine . Good news is , I'm still alive 😊

3:13:37 PM

Did you still want to chat today ? I still
can't keep up with the time change . I
got an appt on Friday to see a new
PCP and a neurologist had an opening
so I took both spots . Mom said don 't
worry about money Nikki , we'll work it
out so I guess that part is ok . I know
you have to keep your distance and
maintain professionalism so I 'm ok with
just surface stuff . Lmk when you want
to talk if you have time



**Jenna Spain  (+1 (310) 722-0496 )**

Hi Nikki , thank you for getting back to
me. Sorry I didn 't respond sooner . It's
been hectic here today . I'm happy you
were able to make the doctors
appointments . That's great news !

Do you think you 'll be able to make it
into the office Saturday ? Please just let
me know either way and keep me
posted on how it 's going. In general,
make sure to let me know at least an
hour in advance of your shift if you 're
not going to make it in for whatever
reason on a day that you 're scheduled
so there is no confusion .

3:25:03 PM

I think we have everything covered for
now, but If you need to chat about
anything , just let me know !

Thanks!

**Nikki (+1 (949) 426-0874 )**

You're the best Jenna . I hope that
doesn't sound glib . I couldn 't ask for
more in support right now . I've honestly
never ever had health issues /Personal
problems like this . I'm usually the one
accelerating and rallying for everyone
else . I guess when it rains it pours and
God is teaching me some things about
life . 🙏 I'm thinking Saturday is gonna
be my comeback day . Should we just

6:18:18 PM

plan for that? Oh Jenna if you could only see how great I can be . It makes me so bummed out at the timing of all this . Hang in there with me . Thank you from the bottom of my heart



Wednesday , September 19, 2018

Nikki (+1 (949) 426-0874 )

Hi Jenna, I assume you know I won 't be in today ? I just didn 't want to take you or ATI for granted . I'm praying for Saturday . I think that 's my comeback kid day 😊

5:12:33 AM



Jenna Spain  (+1 (310) 722-0496 )

Hi Nikki , yes I assumed you wouldn 't be in today especially considering it 's technically your day off . Keep me posted !!!

9:21:11 AM

I hope the doctors can get to the bottom of everything for you so you can get back to feeling like yourself ! I'm praying you 'll be feeling much improved by Saturday !

9:23:24 AM



Nikki (+1 (949) 426-0874 )

Today isn't my day off . I thought Thursday and Friday were ? Am I that far gone or are you wishing that badly for the weekend

10:52:42 AM



Jenna Spain  (+1 (310) 722-0496 )

Well your doctors note excuses you until tomorrow , which IS your day off . So you 're ok until then .

10:57:00 AM

Do you think you could fax me a copy of the note so I can give it to Alberto in HR?

10:57:42 AM

Hi Nikki , please fax it over to Alberto 's direct fax at  310-641-1320

2:23:50 PM

Nikki (+1 (949) 426-0874 )

Ok. I'll call them and ask them to now Do you need it by a certain time ?

2:47:44 PM

Jenna Spain  (+1 (310) 722-0496 )

No, there's no rush . Thanks!

2:48:10 PM

Thursday , September 20, 2018

Nikki (+1 (949) 426-0874)

So apparently my doctors office won't fax directly cuz it's not a secure line ? Have you ever heard of that?

10:35:17 AM



Jenna Spain (+1 (310) 722-0496)

No that's interesting !

10:35:45 AM

Nikki (+1 (949) 426-0874)

I'm getting the runaround of course. They have to call me back , doctor isn't there. Blah blah blah . I guess Alberto can always call them too ? He has all the information . I'm being legit 😊

10:50:11 AM



Did Alberto receive ?

12:55:27 PM



Jenna Spain (+1 (310) 722-0496)

Thanks Nikki , wow what a nightmare . Let me check with Alberto

12:59:01 PM

Nikki (+1 (949) 426-0874)

Yeah that's my new reality . lol. I'm going to try doing some yoga at home tonight . Serenity now.

1:06:32 PM



Saturday, September 22, 2018

Jenna Spain (+1 (310) 722-0496)

Yes Alberto received your doctors note so you're all set there .

7:08:05 AM

Nikki (+1 (949) 426-0874)

Yes . Seems to be going better . More tests to come but straub seems to know what's up . We can chat more next week.

6:15:30 PM



Jenna Spain (+1 (310) 722-0496)

 Ok sounds good !

6:16:57 PM

Sunday, September 23, 2018

Nikki (+1 (949) 426-0874)

I'm sorry . I feel like such a dimwit

4:34:13 PM

Jenna Spain (+1 (310) 722-0496)

Well you can leave early , but the problem is that tomorrow is a new week which means you can 't Make up hours for this week .

4:36:37 PM

Tuesday, October 23, 2018



Nikki (+1 (949) 426-0874 )

9:30:28 AM

Could I possibly go to urgent care before I go into work this morning I dropped a pickle jar on my foot last night and it 's really swollen on the right side if you can see that  I don't know if I broke something or what but it really hurts so just let me know if that  's OK otherwise I will be in by  9:30.

9:31:32 AM 

9:31:32 AM   Maybe a sprain ? 

Jenna Spain  (+1 (310) 722-0496 )

Hi Nikki sure you can go to urgent care if you need to

9:32:27 AM

Nikki (+1 (949) 426-0874 )

9:40:52 AM   I'm gonna wait it out till lunch    I'm hobbling ok . Plus I don 't want to have to contend with the Sheraton picketers

Wednesday , October 24, 2018

Nikki (+1 (949) 426-0874 )

5:26:44 AM   Ok so drastic turn of events .. I showed my doctor in Arizona pictures of my foot this morning because it 's hurting so much and it 's very hot and he said to get to the ER now you have cellulitis so I'm on the bus on my way to Straub and I will keep you informed of what 's going on . He told me you can lose your leg/limb/foot or whatever from this . it's an aggressive version of staph infection. He's not saying he 's completely right cuz it 's just a picture but from what the picture showed him he said don 't look don 't chance it it 's not worth waiting

7:50:17 AM   I seriously don 't want to miss work but Petra said no you must follow doctors orders . Maybe I can make up some of the time this weekend  ?

Jenna Spain  (+1 (310) 722-0496 )

Hi Nikki , so sorry you 're dealing with this !! Yikes so scary  ! I'm so glad you contacted your doctor in AZ and he told you to go in .

8:73:14 AM

I hope it clears up quickly

Petra is right , follow doctors orders and
rest at home . Yes, you can make up
time this weekend if able . Don't worry
about that. Just focus on healing and
keep me posted on how you 're doing!

Thursday , October 26, 2018

Jenna Spain  (+1 (310) 722-0496)

Ouch! Is it getting any better ?

Nikki (+1 (949) 426-0874)

I'm on another cocktail of antibiotics
and I pray it knocks this out

Just wanted to keep you posted . I
missed work and Petra yesterday .
Hope all is well with you and the crew
I plan to be back Saturday



Jenna Spain  (+1 (310) 722-0496)

Thanks Nikki ! I'm hoping it continues to
get better day by day !

Saturday , October 27, 2018

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki , before coming back into the
office... since staph is contagious ,
could you please get clearance from a
doctor that it 's ok to return ?

Nikki (+1 (949) 426-0874)

Yes I will . Sorry I got confused on the
dates . They said 3 but it put me to
10/28 .



Jenna Spain  (+1 (310) 722-0496)

Ok thanks Nikki , please send it over
once you have it so all is cleared for
you to return

Thanks Nikki ! Are you feeling any
better?

Nikki (+1 (949) 426-0874)



All good !?

Tuesday , November 6, 2018

Nikki (+1 (949) 426-0874)

> Hi Jenna ! Happy Tuesday ! I had planned on taking tomorrow off but would it be ok if I took it today instead . ? All the errands I want to do today would all line up very nicely . If not it's ok also , you just let me know



8:12:53 AM

Jenna Spain  (+1 (310) 722-0496)

Sure, that would be just fine !

8:39:51 AM

Wednesday , November 7, 2018

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki , are you coming in today ? Petra mentioned you weren 't in yet . Were you planning to take some hours off today too ? To make up for Thurs ?



10:15:19 AM

Nikki (+1 (949) 426-0874)

> Yes of course I 'm coming in . I'm sorry o thought I had said that yesterday . I realize I said it Monday . I'll be into work by  1230. That's so weird I just got these texts ! I would have responded sooner.



11:52:01 AM

Jenna Spain  (+1 (310) 722-0496)

Ok perfect thanks ! I kind of thought that might be the case because you were out all day yesterday instead of today.

11:52:31 AM

But we wanted to make sure you were ok

11:52:43 AM



I'll let Petra know

11:52:48 AM

Nikki (+1 (949) 426-0874)

> Exactly . Thank you for checking on me !

11:53:01 AM

Wednesday , November 21, 2018

Nikki (+1 (949) 426-0874)

> Hey there . Was wondering if I could go home a little early . I'm having severe sharp pains in my lower right abdomen and it's kinda excruciating and nauseating to think of sitting in these chairs another hour and a half . Hopefully laying down would help . Sorry to ask , I just don't want to burn the company 's money if I 'm not at the capacity to earn it . LMK . Thank you.

4:32:06 PM

Jenna Spain  (+1 (310) 722-0496)



Hi Nikki , yes of course . Go ahead and
clock out early                                        4:32:48 PM

No worries. Feel better !                              5:14:40 PM

Thursday, November 22, 2018

Nikki  (+1 (949) 426-0874)

8:21:06 AM       Feeling much better . I'm working today
                 so no stresses . Happy Thanksgiving !!   

Jenna Spain  (+1 (310) 722-0496)

Glad to hear that Nikki !  Happy
thanksgiving !!!                                       9:15:20 AM

Friday, December 14, 2018

Nikki  (+1 (949) 426-0874)

1:49:59 PM       Oh hey can I go to my dentist for a
                 filling at 3 on Monday ? Otherwise I
                 have to wait till January  10th . It's a
                 loose filling 😟 if no it's ok          

Jenna Spain  (+1 (310) 722-0496)

Sure! That would be just fine !                        1:53:32 PM

Wednesday , January 9, 2019

Nikki  (+1 (949) 426-0874) 

9:11:50 AM       I believe Petra told you I left around  330
                 yesterday in total back pain agony .   It
                 took me  5 min just to get to the
                 elevator from the office door . I am still
                 in a decent amount of pain .  They can
                 only give me pain meds , which I hate ,
                 and muscle relaxers , and to lay on a
                 heating pad . I thought I was gonna be
                 ok this morning but as I started to get
                 ready it returned to more and more
                 pain. So today is not looking like I
                 should come in .  Petra said not to if I 'm
                 in pain . I will keep you posted if
                 anything improves or worsens ?

Jenna Spain  (+1 (310) 722-0496)

Yikes ! That sounds awful ! My lower
back actually went out on Monday
night randomly , so painful ! but           9:18:51 AM
thankfully for me it was better the next
morning.

Rest up and follow doctors orders .
Keep me posted !                             9:18:59 AM

Nikki (+1 (949) 426-0874)

> OMG it was the worst . I burst into tears when my friend came over with her portable transdermal electrical nerve stimulator and used it on my back. Oh ghetto pain ! She had hip replacement in both hips and used it for recovery. I'm so glad you can understand. Thank you Jenna.



Saturday, January 12, 2019

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki , sorry I started to respond and then never hit send oops ! So glad you're feeling better ! Yes, for Sunday you are welcome to work a half day if you like . Thanks!

6:30:31 AM

Sunday, January 13, 2019

Nikki (+1 (949) 426-0874)

> Hi Jenna! So my back is out again and I have to be at airport 2 hours earlier than I expected cuz mom gave me the wrong times . Today kinda a bust but I'm here at work an plan to stay at least another hour . I'm sorry , not exactly how I planned things . Just wanted to give you the heads up though . Thank you for understanding . I hope all is well over in LA.



Monday, January 21, 2019

Nikki (+1 (949) 426-0874)

> Hi Jenna I absolutely hate calling in sick But I know pictures on the take one look at me and hear my voice and say go home so I have to . it is my throat and it's very sore I don't wanna get anyone else sick . I'm sorry . I wait to the last possible minute because I don't want to stay home . I want to feel better and I hope it goes away that 's why I don't call sooner . I'm sorry.

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki , ok thanks for letting me know . It happens ! Everyone in my office has been sick lately . Rest up and feel better soon ! Keep me posted on how you're doing.

9:14:39 AM

Get lots of rest

9:16:20 AM

Nikki (+1 (949) 426-0874)

> We are good now . I will be back in
> ASAP . I had to apologize all day
> yesterday to the clients on the phone .
> It's almost at a whisper now

2:07:56 PM



Jenna Spain   (+1 (310) 722-0496)

Yeah I've been there, losing your voice
sucks

2:08:35 PM

Tuesday, January 22, 2019

Nikki (+1 (949) 426-0874)

> Hello . I feel a little better but i know
> Petra and she 's gonna point me home
> if she hears my voice . I really want to
> be back . hopefully tomorrow ?

3:31:41 AM

> Per Petra
>
> 'Please do not come in and get meds
> as I do not want to get sick .   Best
> wishes for speedi recovery '
>
> 'Pls go to the doctor and get meds and
> most of all stay home until not
> contagious . Get well . Aloha Petra '

3:34:09 AM



Jenna Spain   (+1 (310) 722-0496)

Hi Nikki , agree with Petra . It's best to
get well before going back in the office .
Get rest and keep us posted on how
you're doing!!

9:51:47 AM

Wednesday , January 23, 2019

Nikki (+1 (949) 426-0874)

> Per Petra
>
> 'You will need a doctors note to come
> back to work cleaning you since strep
> is contagious please and we do not
> want to get sick '
>
> So now I have to burn another day . If
> they can even see me today . Sorry I'm
> just a little frustrated

3:44:04 AM

Jenna Spain   (+1 (310) 722-0496)

Hi Nikki , oh no! Strep is no fun . But
Petra's right it 's very contagious so we
would need a doctors note to clear
you. Did you get any meds yet ?

7:29:13 AM

Nikki (+1 (949) 426-0874)

> Yes antibiotics . And I know she 's right . I don't blame her . I know a bad flu can kill people . I 'm just frustrated cuz I 'm finally feeling better . I'll see if I can get into the doctor today . I 'm not going to the ER tho . that's unnecessary . Thank you for the advice . I'll keep you posted

8:00:49 AM



Jenna Spain (+1 (310) 722-0496)

Since you 've seen the doc maybe you could call and ask them to fax a note to the office ?

8:00:50 AM

Nikki (+1 (949) 426-0874)

> I called and they don 't do faxes cuz of some security breach that happened or could happen . I'm not positive what really went down . I was just annoyed and my voice is terrible so it 's hard to communicate . I just let her give me the speal . I suppose poor voice is not good for phones anyway . I can get in to see my doctor this later this afternoon . I'm sorry Jenna I want to be there this past Monday already . I'll be in Saturday for sure .

8:49:33 AM



Jenna Spain (+1 (310) 722-0496)

I know Nikki , I'm sorry you have to go through all that ! If you are cleared to return and want to make up hours tomorrow and/or Friday you 're welcome to .

8:50:43 AM

Nikki (+1 (949) 426-0874)

> I will let you know for sure later today

8:52:04 AM



Thursday, January 24, 2019

Nikki (+1 (949) 426-0874)

> Hi Jenna . Sorry I didn't get back to you earlier yesterday evening like I said I would . The doctor actually wouldn 't clear me yet ! That's NEVER EVER happened before . I still have enlarged lymph nodes and green mucus . Sorry I know that 's so gross . I'm just being honest . He said come back in a couple days but he would not say I was not contagious . Isn't that crazy ? It's just never happened before . I'm still kinda reeling . I guess I might have a good doctor . I have an appt. tomorrow tho . He better give me the ok then though or else . I do feel better 😊

9:06:10 AM

, Jenna Spain  (+1 (310) 722-0496)

Yeah, strep is very contagious though
so that makes sense . They usually
require a few days for the antibiotics to
kick in before they will clear you . So
hopefully tomorrow he will clear you

Nikki (+1 (949) 426-0874)

Of course . I will let you know right
away 

Friday, January 26, 2018

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki , just wondering how you 're
doing and if the doctor had cleared you
to return to work yet ?

Nikki (+1 (949) 426-0874)

Hi Jenna . I'm doing ok , bad night on a
personal level . Babur I do feel ready to
get to work again and I 'll know later
this afternoon after my appt . Sorry I
couldn't get in earlier . They won't any
patient data fax so is a screenshot ok
like I did the last time ? 

Jenna Spain  (+1 (310) 722-0496)

Ok no worries ! Let me know how the
appointment goes ! Glad you 're feeling
better at least .

Nikki (+1 (949) 426-0874)



Nikki (+1 (949) 426-0874)

I'm so sorry I forgot to send earlier . I 'll
be in tomorrow bright eyed and bushy
tailed . 

Saturday, February 2, 2019

Nikki (+1 (949) 426-0874)

Hi Jenna I just wanted to see what you
thought . I've been coughing up a lot of
green phlegm again this morning and I
asked my mom if she thought I should
go to the doctors and she said yes .
She's a medical expert and said the
antibiotics are not working and I may
need something stronger . I had to
apologize to a couple of the guests this
morning That called work because my
voice is so raspy and it 's embarrassing
me . I just wanted you to know . I know
Petra doesn 't like when I have any kind
of an illness she gets upset and says

don't spread it around the office . Which I don't try to do it intentionally by the way . Please tell me what I should do ?



**Jenna Spain** (+1 (310) 722-0496)

Hi Nikki , if you're not feeling well and think you should see a doctor , you should go ahead and do that . Just keep me posted on how it 's going . Thanks!

**Nikki** (+1 (949) 426-0874)



Hi Jenna I saw the doctor and the doctor said I have an upper respiratory infection. He cleared me to go back to work on Monday , but I will still be on antibiotics since he gave me more . I have my follow up appointment with my primary care physician on Tuesday at 2:30 to figure out why the antibiotics are affecting me so much . I am planning on working on Monday and Tuesday up until that appointment and if anything changes I will definitely let you know . I want to be well and on the top of my game with our new endeavor with virgin . I want to be a part of the team and I want to do well for you and the company .



Sunday , February 3, 2019

**Jenna Spain** (+1 (310) 722-0496)

Thank you Nikki ! I hope your infection clears up quickly . Keep me posted on how you're doing!



Monday , February 4, 2019

**Nikki** (+1 (949) 426-0874)

Ohhhhh noooooo ! I thought I had sent you the text last night but I guess I did not hit send . I went back into urgent care . My foot is flaring up again and I 'm so hoarse I cannot speak except to whisper . I am sorry but I cannot help the medical issues , my body won 't go . Please understand . I am doing my best . What should or can I do ?

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki, thank you for letting me know. I'm sorry to hear about this! The only thing you can do is follow doctors orders and try to rest and heal. Keep me posted on your status and make sure to get a note from the doctor when he clears you to return to work.

11:02:25 AM

Nikki  (+1 (949) 426-0874)

I just talked to Lucienne and she'll vouch for how terrible I sound. I will get a doctors note. I'm so sorry I didn't mean to not send the text. I can call you, it might put your mind at ease. I'm genuinely dependable but this illness has wiped me out. I can't shake it and I want myself back. Thank you very much.

11:21:43 AM



Jenna Spain  (+1 (310) 722-0496)

Hi Nikki, don't worry about it. I believe you and I know this is not in your control.

11:23:08 AM

Just keep me posted and let me know how you're doing and when you think you'll be clear to return

11:25:51 AM

Nikki  (+1 (949) 426-0874)

I always will. And please accept my huge thank you

11:26:18 AM



Tuesday, February 5, 2019

Nikki  (+1 (949) 426-0874)

I've been up all night coughing and it's kinda killing my spirit. I will call you to set u at ease if you'd like, my voice is gone. This totally sux and embarrassing in the least. Also please remember I have my doctor appt. at 2:30 so she'll give you my doc note I guess.?

7:46:39 AM

Jenna Spain  (+1 (310) 722-0496)

Hi Nikki, no worries I know you're sick. Good luck at the doctors office today! I hope the doctor has good news that this infection is clearing up.

7:48:35 AM

Wednesday, February 6, 2019

Nikki (+1 (949) 426-0874)

9:31:39 AM

Hi Jenna. I have good and bad news. I'm cleared for 2/10.



Jenna Spain  (+1 (310) 722-0496)



Hi Nikki ok thanks for letting me know . I will pass the note along to HR for their file. Hope you're on the mend at least !

9:35:40 AM

Nikki (+1 (949) 426-0874)

9:40:30 AM

Thank you , you're so sweet . Green phlegm is now yellow . I'm on the mend . Let me find that stinkin letter

9:40:49 AM





Monday, February 11, 2019

Nikki (+1 (949) 426-0874)

8:47:13 AM

I am so sorry . I went backwards my voice is still gone . Going back to doctors today . This is unbelievable



Tuesday, February 12, 2019

Nikki (+1 (949) 426-0874)

7:44:47 AM

Still so sick Jenna . Please forgive me . Maybe my body gave up . I didn't tho



Jenna Spain  (+1 (310) 722-0496)



Hi Nikki , sorry to hear that . What did the doctor say ?

7:48:49 AM

Nikki (+1 (949) 426-0874)

9:36:54 AM

The docto is running more test . I am awaiting those results . In the meantime he has referred me to an oncologist . I am waiting to get that appointment . I want to come back to work but I want to be 100% so there are no issues down the road. I am so sorry

9:38:54 AM

Oncologist is a scary prognosis

Jenna Spain  (+1 (310) 722-0496)

An oncologist ? That is scary ! Did he give any explanation as to why ?

9:44:02 AM

Nikki (+1 (949) 426-0874)

9:45:16 AM    Because I'm not getting better. 

Jenna Spain (+1 (310) 722-0496)

Yeah that is scary, well I just hope
things turn around for you soon !!

9:50:36 AM

Friday, February 15, 2019

Nikki (+1 (949) 426-0874)

2:27:35 PM    Well I got an MRI and I have acute
panoreatis. I've been in extreme pain
because of how enflamed my stomach
is. I entered straub hospital and then
they transferred me to kaiser hospital.
They probably won't let me go home for
a few more days. They won't even let
me eat yet. I can and will have a
doctors note for HR. I still want my job.
I am sorry I got so sick but I'm trying to
get better. Thank you for
understanding 

Saturday, February 16, 2019

Nikki (+1 (949) 426-0874)

3:57:09 PM    Hey I haven't heard from you which I'm
sure is a bad sign. I asked my doctor
and nurses what I should do. They said
just keep communicating with you. I'm
still in the hospital and I'm hoping to be
out in the next 2 days. I don't know
what else to say. Im so sorry 

Monday, February 18, 2019

Jenna Spain (+1 (310) 722-0496)



Hi Nikki, thank you for letting me know.
I am sorry to hear about this. Please
reach out to Lucienne in HR by phone
as she has been trying to contact you

9:06:46 AM

Nikki (+1 (949) 426-0874)

9:15:08 AM    I will do that. My phone went dead in
the hospital and I didn't have my
charger. When I got a charger
Saturday I called her right back even
tho I knew she wasn't in. I just wanted
to acknowledge her VMs. I will call her
in a few minutes again

From: **Nikki Christen** NLEECHRISTEN@GN
Subject: **Re: A possible opportunity**
Date: **Sep 23, 2019 at 11:24:06 PM**
To: jenna_spain@americantours.com

HelloJenna,

Hood morning. So hey Im not trying to
bother you but i just thought id ask if you
#1 even got yomprior email, and #2 tou
are ollo

Sent from my iPhone

On Sep 20, 2019, at 12:13 PM, Nikki
Christen <nleechristen@gmail.com>
wrote:

Hi Jenna!

It's me Nikki. How have you been? I've

I was not incoherant
as Emma Lueyvano, Esq.
stated in ATI's response
to my initial charge.
I had a brand new phone
and the screen setting was
very sensetive, I should
have proofread it.

heard great things have been happening at ATI in the recent months. I also learned that you might be looking to fill my a position in Hawaii that was similar to my old one or one that I might be qualified for? I'd like to know if I applied would I even be considered? When I was released in February, Lucienne and you both said that once I got better I could possibly apply for a position if there was one available down the road. Well it's down the road and I haven't had any health problems since that week in the hospital back in February. Life has been very good.

I just thought I would ask you. My

thought was, the worst thing she can say is no. At least if it was a possibility, I'd be able to hit the ground running this time. I really liked working for ATI and I'd be thrilled to help out in Hawaii again if it's a possibility.

I understand if it's a no. I have no hard feelings. I hope all is well with you and the company.

Sincerely,


Nikki Christen

Thursday, August 23, 2018

Nikki (+1 (949) 426-0874)

11:57:00 AM    I'll be there in 2 min

11:58:08 AM    Ok more like 5    

Petra (+1 (808) 387-4411)

ok    11:58:14 AM

Nikki (+1 (949) 426-0874)

12:21:53 PM    Mm

12:22:31 PM    Whoops!! Pocket text went rogue !!
Sorry!    

Thursday, August 30, 2018

Nikki (+1 (949) 426-0874)

6:40:18 PM    What pizza kitchen are u at  ?

Wednesday, September 5, 2018

Nikki (+1 (949) 426-0874)

7:03:41 PM    Thank u for everything today . You're
the best . I really appreciated it

7:05:17 PM    Found the keys too   They were at
home in my bathroom .    

Petra (+1 (808) 387-4411)

You are very welcome Nikki .  I want
you to be successful .  Did you send
email to Christa regarding ; how to
retrieve bllkomg    7:06:48 PM



Nikki (+1 (949) 426-0874)

7:07:10 PM    Yes I did

7:07:36 PM    I did forget to clock out the   Ahhhhhh!

Petra (+1 (808) 387-4411)

Booking agents email addresses and
where to enter cancellation numbers in    7:07:54 PM
bookings?

Nikki (+1 (949) 426-0874)

7 06 26 PM    Yes mam ' I sent it to both of them

7 06 57 PM    And my login for MAS 

Petra (+1 (808) 387-4411)

Good. I will text you when I hVe your
paycheck                                    7 09 08 PM

Nikki (+1 (949) 426-0874)

7 31 22 PM    Awesome. I have dentist at 130 and I
work at 430 so I should be able to stop
in. Otherwise I'll have harold go get it
when he gets done volunteering at the
church. Tomorrow is a food distribution
drop out in aina haina 

Petra (+1 (808) 387-4411)



All good Nikki. I will
Text you when paycheck is in . Aloha    7 33 31 PM
Petra

Thursday, September 6, 2018

Nikki (+1 (949) 426-0874)

5 03 08 PM    Hi Petra !! I got sidetracked so I will get
my check tomorrow if that 's ok ??

5 55 10 PM    I'm at my other job already    Today was
so busy . 

Petra (+1 (808) 387-4411)



Of course ok Nikki .
Have a good evening Aloha PetrA    5 24 36 PM

Friday, September 7, 2018

Nikki (+1 (949) 426-0874)

2 06 10 PM    I'll be there by 4 ok?

2 41 17 PM    I really miss you the last couple days
That means you weaseled your way
into my heart 😊😊😊

Petra (+1 (808) 387-4411)

Hi Nikki - I have your briefings and
running to hotels . Paycheck is on your    2 15 13 PM
desk. Aloha Petra

Tour briefings    2 19 36 PM

Nikki (+1 (949) 426-0874 )

You're the best! I've known you since
mid August and already I think "what
would I do without my Petra ?"    2:33:51 PM



Petra (+1 (808) 387-4411 )

Reality check is a good thing in life  .    3:07:13 PM

Nikki (+1 (949) 426-0874 )

Reality check is seeing what I saw on
his phone. You can't unsee some
things. Are you back "home" yet? I'm
in line at the post office    3:27:28 PM



Wednesday , September 12, 2018

Nikki (+1 (949) 426-0874 )

Thank you again for your friendship
today , it's all hitting me hard tonight    9:40:41 PM



Saturday , September 15, 2018

Nikki (+1 (949) 426-0874 )

Is it ok that I keep the door shut while
I'm
Here alone? I don't trust psycho boy on
the loose . He came and stole things
from my apt on Thursday night    10:16:24 AM



Sunday , September 16, 2018

Nikki (+1 (949) 426-0874 )

Hi Petra I'm gonna be home ill today   I
fainted 2 times yesterday    8:52:37 AM
If your no busy later wanna watch s
biebeutnyuktgbub

🖤🖤🖤h    8:53:50 AM

Watch a girl movie is what I meant    8:54:04 AM



Wednesday , October 24, 2018

Nikki (+1 (949) 426-0874 )

Ok so drastic turn of events  . I showed
my doctor in Arizona pictures of my
foot this morning because it 's hurting
so much and it 's very hot and he said
to get to the ER now you have cellulitis
so I'm on the bus on my way to Straub    5:27:51 AM
and I will keep you informed of what 's
going on. He told me you can lose your
leg/limb/foot or whatever from this . It's
an aggressive version of staph
infection. He's not saying he 's
completely right cuz it 's just a picture
but from what the picture showed him
he said don't lose don't change it 's
not worth waiting

You were right. You said it didn't look right. Good job sister. 

5:37:18 AM

**Petra (+1 (808) 387-4411 )**

Oh my gosh - please go to the ER straight away . My building had a water break yesterday when I Arrived home and no water since then . The water should come back on at 10am. I may come to the office later and work from home until water back on . Aloha Petra

6:35:52 AM



**Nikki (+1 (949) 426-0874)**

Yes I am in the ER just finishing up. Going to go into work today but I 'm supposed to keep my feet elevated They gave me a doctors note till 10/28 but I think I can work . That stinks your water is off . Nothing worse but it 'll make anyone appreciate technology and plumbing !

7:27:11 AM

**Petra (+1 (808) 387-4411 )**

Nikki - please follow the doctors orders. Your health is first . What is the diagnosis ?

7:28:39 AM

**Nikki (+1 (949) 426-0874)**

Exactly what my doctor in Arizona said. 

7:31:41 AM

**Petra (+1 (808) 387-4411 )**

Cellulitis or staph infection ?

7:32:04 AM

**Nikki (+1 (949) 426-0874)**

Cellulitis is a strain of staph

7:32:20 AM

It's under the skin . I've never had these diseases like they do in Hawaii . Lol 

7:33:12 AM

**Petra (+1 (808) 387-4411 )**

Staph is contagious and you need to stay home please . Pls inform Jenna

7:33:23 AM

**Nikki (+1 (949) 426-0874)**

Ok . I won't come in . But I wish I could 😞

7:34:17 AM

Page 4 / 14

Petra (+1 (808) 387-4411)

Please advise Jenna.                                           7:34:49 AM

Get well and see you next week                                7:35:08 AM

Health first Nikki                                            7:36:00 AM

Get well and take good care of                                7:39:35 AM
yourself. Aloha Petra

Thursday, October 25, 2018

Petra (+1 (808) 387-4411)

Sorry to hear   Please ensure you go
and seek medical help again if it does                        8:16:00 AM
not get better. Aloha P

Is it getting better ?                                        8:21:13 AM

Nikki (+1 (949) 426-0874)

8:21:31 AM    You wanna see ? Lol.                            

Petra (+1 (808) 387-4411)

Yes                                                           8:21:54 AM

You need to go back to Straub . It looks                      8:45:13 AM
worsen

Nikki (+1 (949) 426-0874)

8:49:39 AM    If it's not by this evening I will              

Petra (+1 (808) 387-4411)

Go now                                                        8:50:17 AM

Nikki (+1 (949) 426-0874)

My doctor in AZ said give the
antibiotics a chance   I will say it 's not
8:52:23 AM    a hot as it was yesterday.   That's a
good sign. Break the fever and reduce
swelling. Ugh.

Petra (+1 (808) 387-4411)

How is the foot now ?                                         1:04:52 PM

Sugar is the enemy . However body &
mind. You should google as everybody                          1:32:41 PM
is different.

Detox of soul  & body as something
seems to be causing excessive                                 1:49:02 PM
inflammation . Think about Number  1
Yourself!

Nikki (+1 (949) 426-0874 )

1:56:46 PM — I know. The last couple of months have taken a toll on me . How you doing ? 

Friday, October 26, 2018

Nikki (+1 (949) 426-0874 )

10:39:29 AM — Better. It's still swollen as all hell but it's not hurting or on fire like the last 2 days 

Saturday, October 27, 2018

Nikki (+1 (949) 426-0874 )

9:57:13 AM — Cuz I told Jenna I would . I didn't realize it was the 27th also . 

Tuesday, November 6, 2018

Nikki (+1 (949) 426-0874 )

9:26:54 AM — Oh hey heads up . I'm taking today off instead of tomorrow . See you then !

9:28:01 AM — Jenna okayed it like an hour ago . So all is good . 


Petra (+1 (808) 387-4411 )

Hi Nikki - Jenna had informed me already. Thks for the text and enjoy your day off. Aloha Petra    9:29:32 AM

Wednesday, November 14, 2018

Petra (+1 (808) 387-4411 )

Not worth it    9:55:17 AM

Tuesday, November 27, 2018

Nikki (+1 (949) 426-0874 )

3:54:17 PM — I'm still trying to walk after the shot they gave me . It made me really sick/dizzy . I keep trying to figure out the quickest way back to work . I'm just extremely dizzy . I need a few more minutes . You should see me . A nurse helped me home but that was all she could do . Maybe I should call it a day and see you tomorrow ?

Petra (+1 (808) 387-4411 )

Pls get a doctors note    3:57:22 PM

What kind of shot did they give you ?    3:58:11 PM

Nikki (+1 (949) 426-0874 )

4:04:20 PM  I think it's called oritavancin

4:05:51 PM  They think it's just an lingering staph. They grow so resistant to the antibiotics. Im sorry to leave you alone today. Yes I'll get the doc note 

Petra (+1 (808 ) 387-4411 )

It looks like MRSA treatment according google info. What did they say . Are you ok to work or contagious      4:11:25 PM

Nikki (+1 (949) 426-0874 )

4:12:00 PM  I'm going one more round of antibiotics and then we'll see 

Petra (+1 (808 ) 387-4411 )

In any case  - please send doctors note before you come back and that you are ok to work .  Hope you feel better soon . Aloha Petra      4:19:52 PM

Nikki (+1 (949) 426-0874 )

9:39:15 PM  Sorry I think my phone died .  I fell asleep. The pain from that shot was intense and I am glad it is over .  Thank you for the well wishes .  My doctor said it's not contagious if there are no open "lesions or sores ." She said I can go back to work tomorrow if I want and the note says so as well .  That's my plan as long as I can walk .  Man that shot in my hip was out of control painful .  Here is a copy of the note .  Oh and I was wrong on the shot name .  It was called rocephin. 

Petra (+1 (808 ) 387-4411 )

They had to give you a strong shot to prevent it from spreading      9:42:24 PM

Nikki (+1 (949) 426-0874 )

10:13:05 PM  Yes she was frustrated that it was coming back which is why she packed a punch with my shot to the arse .  Lol . She said that it was good I came in early this time .  She said it will prevent spreading. I have a follow up with Kaiser on Friday .  Thank you for being so understanding and for getting me to go today . it will make recovery much shorter. See you manana . I hope! 

Saturday , December 1, 2018



Petra (+1 (808) 387-4411)

Hi Nikki - how is your foot ?                    11:16:39 AM

Nikki (+1 (949) 426-0874)

11:36:58 AM    Very swollen still but i can tell the
meds are paying off . It's starting to get
better. I've been taking them on time
and no worms . I hope you guys have a
nice weekend                                          

Sunday, December 2, 2018

Nikki (+1 (949) 426-0874)

7:47:55 AM    Ahhhh yes the hunt is always on
Happy Sunday                                           

Petra (+1 (808) 387-4411)

Up early. Hope your foot is better       7:49:17 AM

Nikki (+1 (949) 426-0874)

9:36:39 AM    It's more swollen than yesterday . Ugh
I'm so sick of this . Maybe today it will
finally start to get better                            

Petra (+1 (808) 387-4411)

Pls go to the doctor one more time just    9:42:10 AM
to ensure nothing else going on

Go today please                            9:42:56 AM

You may need more intense treatment .    9:46:36 AM
Please get ready and go straight away

Nikki (+1 (949) 426-0874)

9:46:27 AM    Ok . I don't want to lose my job tho . I
need to work too                                       



Petra (+1 (808) 387-4411)

Do not worry . Your health is more       9:49:10 AM
important .

Nikki (+1 (949) 426-0874)

9:51:06 AM    Ok 😣 I'll let you know when I leave .
I'm wearing leg warmers today cuz it 's
so swollen . I have a club for a foot . It
was the hardest day yet putting on
shoes . They won't fit. Stay tuned .
Thank you for caring

Petra (+1 (808) 387-4411 )

Go to the hospital , emergency room                          9:53:07 AM

Ask them to check for flesh eating
bacteria . It is common in Hawaii                            9:54:23 AM

I had a friend who has this and the
sooner you go the better . Do it now !                       9:56:04 AM

Nikki (+1 (949) 426-0874 )

9:58:15 AM    Fat foot!

9:58:02 AM    And my right one is still sorta swollen
              from last visit . I have tiny ankles
              normally .

Petra (+1 (808) 387-4411 )

You may need intravenous meds                                10:07:17 AM

Nikki (+1 (949) 426-0874 )

1:06:05 PM    Just left work . Going to urgent care
              now . Sorry . Phone kept ringing

4:23:16 PM    Getting my RX now . Got another shot
              and had to sit down awhile

4:23:35 PM    I have a doctors note too

Petra (+1 (808) 387-4411 )

What are they saying . Why is it so
swollen                                                      4:33:14 PM

Nikki (+1 (949) 426-0874 )

5:58:41 PM    No one seems to know or care . They
              never address it and its business as
              usual . I can't make them care . They all
              look for an entry point and I don 't have
              one . No open sores . It's swollen
              Because the antibiotics aren 't working .
              He gave me stronger ones now . One
              giant cluster f*ck . Lol . All because
              some locals pushed me into the Ali wai
              cuz they don 't like white girls

Petra (+1 (808) 387-4411 )

Did you go to the hospital or doctors
on call ?                                                    6:11:12 PM

Make an appointment with Kaiser
tomorrow                                                     6:12:33 PM

Nikki (+1 (949) 426-0874 )

> On call . To go to the ER is the same thing as urgent care . If I should have gone to ER I hope he would have told me . Yeah I am planning on doing that because I don't see this going away and I want to be ready next time

6:13:45 PM



Petra (+1 (808) 387-4411 )

Tell them you wNtvto go to the hospital and get intravenous treatment

6:15:56 PM

Nikki (+1 (949) 426-0874 )

> I will . He said it's definitely not flesh eating virus

6:17:30 PM



Petra (+1 (808) 387-4411 )

Ok - but still serious infection . Why did they not give you the strong meds straight away

6:19:14 PM

Nikki (+1 (949) 426-0874 )

> Yes it's a very serious infection . Trust me I'm more annoyed than ever . No one cares anymore in the health field

6:21:35 PM



Petra (+1 (808) 387-4411 )

Kaiser in Hawaii is good . Pls make an appointment straight away Or go to Kaiser emergency

6:22:44 PM

Nikki (+1 (949) 426-0874 )

> Can I make one this hour ?

6:23:35 PM



Monday, December 3, 2018

Nikki (+1 (949) 426-0874 )

> Wow I feel like royalty . Not sure if I'll be back by 5 . Getting labs , flu shot and tetanus shot now . The doctor was amazing . She wants my foot elevated constantly . Can I put my feet on the desk ? Lol

3:17:07 PM

Petra (+1 (808) 387-4411 )

Kaiser in Hnl is very good . You can put your foot on a 2nd chair (not desk ). Aloha P

3:19:10 PM

What did she say about your foot ?

3:27:54 PM

Nikki (+1 (949) 426-0874)

I was kidding about the desk . She has to see my blood work first and i have a FU appt next week , same time . She said something is going on in me that 's preventing and/or slowing my healing process . She said my foot is bad and i should keep an eye on it . . Hahaha! Kidding! No she scheduled my next appt and said the drugs are gonna be one of the  strongest ones they give out

3:32:09 PM



Petra (+1 (808) 387-4411)

Never again these idiots at doctors on call

4:16:04 PM

Nikki (+1 (949) 426-0874)

Waiting in line for meds

4:18:00 PM



Petra (+1 (808) 387-4411)

Kaiser is a pro medical center in Hawaii that is why I wanted the optical to stay there as well

4:18:17 PM

Tuesday, December 11, 2018

Petra (+1 (808) 387-4411)

What kind of meds ?

4:00:57 PM

Nikki (+1 (949) 426-0874)

She said I'll be set good with this one

4:04:32 PM

*Office manager* ✓

Petra (+1 (808) 387-4411)

Type 2 diabetis?

4:06:53 PM

Nikki (+1 (949) 426-0874)

Yes 1

4:09:05 PM

*They knew I was disabled with diabetes*

Tuesday, January 8, 2019

Petra (+1 (808) 387-4411)

Hi Nikki , please ensure to go to the doctor as we are very concerned . Aloha Petra

4:01:22 PM

Wednesday, January 9, 2019

Nikki (+1 (949) 426-0874)

I am still in a decent amount of pain . They can only give me pain meds which I hate , and muscle relaxers , and to lay on a heating pad . I thought I was gonna be ok this morning but as I started to get ready it returned to more and more pain . So today is not looking

5:47:57 AM



> like I should come in . You said not to if
> I'm in pain . I will keep you posted if
> anything improves or worsens ?



**Petra (+1 (808) 387-4411 )**

Please get well soon .                    8 58 28 AM

**Nikki (+1 (949) 426-0874 )**

> Yes . Unfortunately this is soft tissue
> stuff so it ' s not as easy to pinpoint . I
> will be ok Petra                    9 02 01 AM



Thursday, January 17, 2019

**Nikki (+1 (949) 426-0874 )**

> It was kinda a crazy afternoon . We had
> a helicopter tour lined up but the wind
> kicked us out / rescheduled for
> tomorrow. 2pm to visit you was a total
> failure on our part cuz my mom had to
> go get her seasick medicine for their
> cruise that starts Saturday . I have had
> a sore throat since they got here . her
> boyfriend is kinda pretentious and
> makes fun of my little apartment . I'm
> PMSing and really miss work .
> Murphy's Law is practicing law in my
> little corner this week . Can we stop by
> tomorrow instead ? I'm sorry for being a
> flake, it's just been a weird day . I hope
> all is good with you and me . Rita



**Petra (+1 (808) 387-4411 )**

Rita and I are great .
Tomorrow is fine . Aloha P                4:37 28 PM

If you are sickish please do not come
by as Rita and I do not want to catch
anything . Something is going around .
All the best P                    5:54 33 PM



**Nikki (+1 (949) 426-0874 )**

> I'm definitely way past anything
> contagious . I'll stay back if it makes
> you feel better though . Of course I
> don't want to get anyone sick         9:47 33 PM

Monday, January 21, 2019

**Nikki (+1 (949) 426-0874 )**

> Ok I thought I was . You'll take one look
> at me , hear me speak and make me
> turn around . I already told Jenna . But I
> wasn't sure if she told you         9 27 52 AM

> I took a turn for the worst . I battled it all
> weekend cuz it was only me in the
> office but today it 's the worst      9 29 02 AM



Petra (+1 (808) 387-4411)



What do you have ?                                    9:29:25 AM

Nikki (+1 (949) 426-0874)

9:30:25 AM    I don't know. Mom said step . It hurts to
talk and swallow . Green phlegm, so
gross



Petra (+1 (808) 387-4411)

Please do not come in and get meds
as I do not want to get sick  .    Best    9:32:04 AM
wishes for speedi recovery

Nikki (+1 (949) 426-0874)

9:32:27 AM    I don't want u to get sick that 's why I
told Jenna



Petra (+1 (808) 387-4411)

When you are sick , please ensure you
disinfect your desk keyboard and    9:33:28 AM
phone as Rita sometimes uses it

Nikki (+1 (949) 426-0874)

9:33:54 AM    My immune system is shot to hell     I've
NEVER EVER had these kinds of
problems . I feel like my body has given
up



Petra (+1 (808) 387-4411)

Pls go to the doctor and get meds and
most of all stay home until not    9:35:56 AM
contagious . Get well . Aloha Petra



Tuesday, January 22, 2019

Nikki (+1 (949) 426-0874)

10:31:39 AM    They said strep . My mom and her BF
got it too

Petra (+1 (808) 387-4411)

How long will you be out !                             11:35:10 AM

Nikki (+1 (949) 426-0874)

12:17:47 PM    I am hoping tomorrow I will be back
I'm going crazy not working . Thank
God I had the weekend before it really
hit me . It slammed in on Sunday
afternoon . I hate being sick . I know you
and you'd take one look at me and my
voice and you'd point to the door . Lol
So I had to call in . I'm on antibiotics
tho so that 's good



Petra (+1 (808) 387-4411 )

You will need a doctors note to come
back to work clearing you since strep
is contagious please and we do not
want to get sick .

12:19:36 PM

Nikki (+1 (949) 426-0874 )

12:20:42 PM    Yes.ok . I understand.



Hi Rogelio~

This is so unfortunate. I wish I could explain even more but email doesn't help much and I believe you are all working remotely and very busy? I guess I feel misunderstood. I had been in constant communication with my superiors from the time I went into the ER, admitted to the intensive care, then until the time I was discharged. See my mailed package or call them..Yes my phone died that phone was the last thing on my mind when I was in intensive care. You have no idea how much pain I was in. I couldn't breathe without extreme

   

abdominal pain. When I finally had a friend bring me a charger which was Saturday 2/16/20, but HR wasn't in the office. Regardless of that they had already fired me on 2/14/19, the day I entered the hospital, so it didn't even matter at this point. I had let them know I was in the ER the evening of 2/13 with no definitive return date. As far as falling asleep at work...I addressed that in my rebuttal and admitted to that one time. I was on new medication due to my new Diabetes 2 diagnosis. OoI signed the HR form and I thought things were moving along fine. To hear about multiple times is alarming because I never heard about this.

   



5 Messages

‹ Inbox     **Disposition of E...**     ⌄

It saddens me because I feel like
EEOC is not representing the
"little guy" here. I don't know what
else to say Rogelio. I did my best
and worked OT and extra
expenses that I should have
claimed. I don't care about all that
but I do want justice for myself
because I didn't deserve what they
did to me. iPhone



5 Messages

‹ Inbox    **Disposition of E...**    ⌃    ⌄

From: ROGELIO COLON
<ROGELIO.COLON@eeoc.gov>
Date: October 21, 2020 at
1:50:51 PM HST
To: Nikki Christen
<nchristen16@yahoo.com>
Subject: Disposition of EEOC
Charge of Discrimination

Ms. Christen,

After going over the information
submitted by all parties, it will be
my recommendation to the
Director that your case be
closed, as it is unlikely that
further investigation will result in





‹ Inbox   **Disposition of E...**   ⌃   ⌄

receiving the letter. Please keep in mind that if you do not file the suit within that time frame, you will forever lose the right to sue the company related to this particular matter. Thank you.

Rogelio A Colón | Senior Investigator (Bi-lingual Spanish)

EEOC – Honolulu Local Office|
PJKK Federal Building

300 Ala Moana Blvd Rm 4-257 |
Honolulu HI 96850

808-800-2352 Direct |
808-541-3118 Main |
808-541-3390 Fax

After going over the information submitted by all parties, it will be my recommendation to the Director that your case be closed, as it is unlikely that further investigation will result in a finding of discrimination. If my Director concurs with my recommendation, the letter of dismissal and right-to-sue will be signed, dated, and mailed to your home address. Once it is determined that further investigation is unlikely to result in a violation, we do not continue investigating and issue the referenced letter. Below is an explanation for my justification.





a finding of discrimination. If my Director concurs with my recommendation, the letter of dismissal and right-to-sue will be signed, dated, and mailed to your home address. Once it is determined that further investigation is unlikely to result in a violation, we do not continue investigating and issue the referenced letter. Below is an explanation for my justification.

As it pertains to whether you were discharged due to your disability, there is insufficient evidence to establish a violation. While you were hospitalized after a visit to the Emergency Room,

a visit to the Emergency Room, the evidence provides that the company tried to reach you but was unsuccessful. By your own admission, your phone died. However, there is also documentary evidence that there were several concerns with your performance (specifically, falling asleep while at work). Either way, I cannot conclude that your termination was related to your disability. Regardless, we will not be continuing the investigation.

If you desire to pursue the matter further, you have the right to file suit in court within 90 days of receiving the letter. Please keep

## MUTUAL AGREEMENT TO ARBITRATE

Nikki Christen _____ ("Employee") and AmericanTours International, LLC, and all of its wholly or partly-owned subsidiaries (collectively the "Companies") (together the "Parties") agree as follows:

1.     **Consideration.**

The Parties agree and understand that the mutual promises by Companies and by Employee to arbitrate their respective differences, rather than litigate them before courts or other bodies, as well as Employee's [initial/continued] employment with one or more of the Companies, provide adequate consideration for this Agreement.

2.     **Disputes Subject to Arbitration.**

A.     The Parties agree to arbitrate any dispute, cause of action, claim, or controversy ("Claim(s)") arising out of Employee's employment or the termination of Employee's employment, with the Companies. Employee agrees to arbitrate all Claims against the Companies, as well as against any and all of their parents, subsidiaries, and affiliated companies; employees; owners; officers; directors; agents; customers; accountants; and vendors/contractors. The scope of this arbitration clause is intended to be as expansive as possible.

B.     Claims include, but are not limited to any Claim of wrongful discharge (including claims of constructive discharge), breach of contract, statutory violation, tortious conduct (whether intentional, negligent, or otherwise), Claims in which punitive damages or consequential damages could be awarded, or any other Claim that arose out of, or is in any way related to, the employment relationship. This agreement includes all Claims which could have been brought before any government agency or in a court proceeding including, but not limited to, Claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the California Fair Employment and Housing Act, the Age Discrimination in Employment Act, the California Labor Code, the California Wage Orders, the Fair Labor Standards Act, or Claims under any other federal, state or local law (excluding claims for worker's compensation benefits to remedy work-related injury or illness).

C.     Nothing in this Agreement shall be construed as precluding Employee from filing a: (1) claim for workers' compensation or unemployment compensation benefits; and (2) claim with the Equal Employment Opportunity Commission, California Department of Fair Employment and Housing or similar fair employment practices agency, or an administrative charge within the jurisdiction of the National Labor Relations Board; however, Employee may not recover monetary amounts from any such governmental agency-related claim (*e.g.,* NLRB or EEOC) and may instead pursue a claim for monetary amounts through arbitration, and any such administrative claim that cannot be resolved administratively through such an agency shall be subject to this Agreement. Further, any claim that is non-arbitrable under applicable state or federal law is not arbitrable under this Agreement. Finally, this Agreement specifically excludes any and all claims currently pending in state or federal court or before any state or federal administrative body at the time Employee signs this Agreement. Claims under the California

Private Attorneys General Act ("PAGA"), and any claim that is non-arbitrable under applicable state or federal law, are not arbitrable.

      D.     Arbitrable disputes by the Company are those claims against Employee that are made within the applicable statute of limitations and that arise out of, or are related to, the employment relationship.

      E.     Statutes of limitations, scope of remedies, and substantive law (including any requirement for prior exhaustion of administrative agency relief) shall be the same as would be applicable were any action to be brought in court and shall not be limited by the fact that any dispute is subject to arbitration.

**3.**      **Arbitration is the Exclusive Remedy.**

      Arbitration pursuant to this Agreement shall be the exclusive remedy for resolving any arbitrable disputes. The Parties mutually waive their right to a trial before a judge or jury in federal or state court in favor of arbitration under this Agreement. Otherwise, the rights of the Parties under this Agreement shall be the same as those available to them in a court of competent jurisdiction. The decision of the arbitrator shall be final and binding on all Parties.

      This Agreement shall be governed by the Federal Arbitration Act and/or the Arbitration Act of the State of California, whichever is more permissive of arbitration in the context of any given dispute. This Agreement may be enforced and administered by a court of competent jurisdiction through the filing of a petition to compel arbitration or decide arbitrability; confirm, vacate or modify an arbitration award; or otherwise pursuant to the Federal Arbitration Act, the arbitration laws of the State of California, or a combination of the two. The Parties agree that a court, and not the arbitrator, shall decide all issues of arbitrability.

**4.**      **Class Action Waiver.**

      It is the intent of the Parties that any dispute covered by this Agreement will be arbitrated on an individual basis. Unless prohibited by applicable law, the Parties mutually waive their right to bring, maintain, participate in, or receive money from, any class, collective, or representative proceeding. Further, no dispute between Employee and the Company may be brought in arbitration on behalf of other employees as a class or collective action or other representative proceeding. The arbitrator may not preside over any form of a class, collective, or representative proceeding.

      In the event the foregoing waiver to proceed in arbitration on a class, collective, or representative basis is found to be unenforceable or contrary to law, then any claim brought on such a basis must be filed in a court of competent jurisdiction, and such court, and not an arbitrator, shall be the exclusive forum for such claims.

**5.**      **Procedure for Arbitration.**

      **A.**     **Initiation of Arbitration.**

      Arbitration is initiated by giving written notice of the intention to arbitrate to the other party. The notice must be given within the applicable statute of limitations. A failure to file the

2

notice within the applicable statute of limitations shall constitute a waiver of the dispute in any forum.

The notice of intent to arbitrate must contain a description of the dispute, the facts on which it is based, and the remedy/relief sought. A notice of intent to arbitrate from Employee shall be submitted to the Companies' Chief Operating Officer/Operating Partner by hand-delivery or by registered or certified mail and shall be deemed filed on the date received by the Companies. A notice of intent to arbitrate from the Companies shall be hand-delivered or sent by registered or certified mail to Employee at the last known address listed in the Companies' records and shall be deemed filed on the date received by Employee.

**B.      Rules of Arbitration.**

The Parties agree that, except as provided in this Agreement, the arbitration shall be in accordance with the JAMS then-current employment mediation/arbitration rules/procedures. The rules for arbitration of employment disputes pursuant to JAMS can be found at http://www.jamsadr.com/rules-employment-arbitration/ and are available from the Controller.

Please check this box if you wish the Companies to provide you a copy:  ☐

**C.      Selecting the Arbitrator.**

JAMS rules shall govern the arbitrator selection.

**D.      Arbitrator's Fees**

To the extent required by applicable law, and only to this extent, the Companies shall pay all costs uniquely attributable to arbitration, including the administrative fees and costs of the arbitrator. Each side shall pay that side's own costs and attorneys' fees, if any, unless the arbitrator rules otherwise. If the applicable law affords the prevailing party's attorneys' fees and costs, then the arbitrator shall apply the same standards a court would apply to award such fees and costs.

**E.      Scope of Arbitrator's Authority**

The arbitrator shall have the authority to rule on all motions whether made prior to or at the hearing, including motions for summary judgment or summary adjudication and motions to dismiss (with respect to any such motions, the party filing the motion may file a reply brief at their option or as required by the Arbitrator or the applicable rules). The arbitrator shall not have the authority to amend, modify or delete any provision of this Agreement or the Companies' policies, unless violative of applicable law.

The arbitrator shall have the authority to award only such remedies as could be awarded by a court under the applicable substantive law which may include injunctive or other equitable relief. Prior to the hearing, the arbitrator shall encourage the parties to explore settlement.

Rev 2/14/18 – 44110778v.1

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**    The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➤ **Only one** major life activity need be substantially limited.

➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:  Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.  Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*  For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 161 (11/16)

**U.S. E**QUAL **E**MPLOYMENT **O**PPORTUNITY **C**OMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Nikki L. Christen<br>364 Seaside Avenue #610<br>Honolulu, HI 96815 | From: | Honolulu Local Office<br>300 Ala Moana Blvd<br>Room 4-257<br>Honolulu, HI 96850 |

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 486-2020-00075 | Rogelio A Colon,<br>Investigator | (808) 541-3118 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Raymond J. Griffin Jr.
Digitally signed by Raymond J. Griffin Jr.
DN: cn=Raymond J. Griffin Jr., o=US EEOC, ou=Honolulu Loc rl
Office, email=raymond.griffin@eeoc.gov, c=US
Date: 2020.10.28 07:24:30 -10'00'

10/28/2020

Enclosures(s)

Raymond Griffin, Jr.,
Local Office Director

(Date Mailed)

cc:    AMERICAN TOURS INTERNATIONAL
Emma Luevano, Esq.
Mitchell Silberberg & Knupp LLP
2049 Century Park East
18th Floor
Los Angeles, CA 90067

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date** this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

## AMERICANS WITH DISABILITIES ACT OF 1990, AS AMENDED

Following is the current text of the Americans with Disabilities Act of 1990 (ADA), including changes made by the ADA Amendments Act of 2008 (P.L. 110-325), which became effective on January 1, 2009.  The ADA was originally enacted in public law format and later rearranged and published in the United States Code.  The United States Code is divided into titles and chapters that classify laws according to their subject matter.  Titles I, II, III, and V of the original law are codified in Title 42, chapter 126, of the United States Code beginning at section 12101.  Title IV of the original law is codified in Title 47, chapter 5, of the United States Code.  Since this codification resulted in changes in the numbering system, the Table of Contents provides the section numbers of the ADA as originally enacted in brackets after the codified section numbers and headings.

Page

TITLE 42 - THE PUBLIC HEALTH AND WELFARE
CHAPTER 126 - EQUAL OPPORTUNITY FOR INDIVIDUALS WITH DISABILITIES    4
    Sec. 12101. Findings and purpose. [Section 2]
        (a) Findings.
        (b) Purpose.
    Sec. 12101 note:  Findings and Purposes of the ADA Amendments Act of 2008
    Sec. 12102. Definition of disability. [Section 3]
    Sec. 12103. Additional definitions.
SUBCHAPTER I - EMPLOYMENT [Title I]    8
    Sec. 12111. Definitions. [Section 101]
    Sec. 12112. Discrimination. [Section 102]
        (a) General rule.
        (b) Construction.
        (c) Covered entities in foreign countries.
        (d) Medical examinations and inquiries.
    Sec. 12113. Defenses. [Section 103]
        (a) In general.
        (b) Qualification standards.
        (c) Qualification standards and tests related to uncorrected vision.
        (d)Religious entities.
        (e) List of infectious and communicable diseases.
    Sec. 12114. Illegal use of drugs and alcohol. [Section 104]
        (a) Qualified individual with a disability.
        (b) Rules of construction.
        (c) Authority of covered entity.
        (d) Drug testing.
        (e) Transportation employees.
    Sec. 12115. Posting notices. [Section 105]
    Sec. 12116. Regulations. [Section 106]
    Sec. 12117. Enforcement. [Section 107]
        (a) Powers, remedies, and procedures.
        (b) Coordination.
SUBCHAPTER II - PUBLIC SERVICES [Title II]    16
    PART A - Prohibition Against Discrimination and Other Generally Applicable
    Provisions [Subtitle A]
    Sec. 12131. Definitions. [Section 201]
    Sec. 12132. Discrimination. [Section 202]
    Sec. 12133. Enforcement. [Section 203]
    Sec. 12134. Regulations. [Section 204]
        (a) In general.
        (b) Relationship to other regulations.
        (c) Standards.

Sec. 12102. Definition of disability

As used in this chapter:

(1) Disability.  The term "disability" means, with respect to an individual

(A) a physical or mental impairment that substantially limits one or more major life activities of such individual;

(B) a record of such an impairment; or

(C) being regarded as having such an impairment (as described in paragraph (3)).

(2) Major Life Activities

(A) In general.  For purposes of paragraph (1), major life activities include, but are not limited to, caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, *due to medication.* walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working.

(B) Major bodily functions.  For purposes of paragraph (1), a major life activity also includes the operation of a major bodily function, including but not limited to, functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions.

(3) Regarded as having such an impairment.  For purposes of paragraph (1)(C):

(A) An individual meets the requirement of "being regarded as having such an impairment" if the individual establishes that he or she has been subjected to an action prohibited under this chapter because of an actual or perceived physical or mental impairment whether or not the impairment limits or is perceived to limit a major life activity.

(B) Paragraph (1)(C) shall not apply to impairments that are transitory and minor.  A transitory impairment is an impairment with an actual or expected duration of 6 months or less.

(4) Rules of construction regarding the definition of disability.  The definition of "disability" in paragraph (1) shall be construed in accordance with the following:

(A) The definition of disability in this chapter shall be construed in favor of broad coverage of individuals under this chapter, to the maximum extent permitted by the terms of this chapter.

(B) The term "substantially limits" shall be interpreted consistently with the findings and purposes of the ADA Amendments Act of 2008.

(C) An impairment that substantially limits one major life activity need not limit other major life activities in order to be considered a disability.

(D) An impairment that is episodic or in remission is a disability if it would substantially limit a major life activity when active.

(E) (i) The determination of whether an impairment substantially limits a major life activity shall be made without regard to the ameliorative effects of mitigating measures such as

-7-

*antibiotics* ↘

(I) medication, medical supplies, equipment, or appliances, low-vision devices (which do not include ordinary eyeglasses or contact lenses), prosthetics including limbs and devices, hearing aids and cochlear implants or other implantable hearing devices, mobility devices, or oxygen therapy equipment and supplies;

(II) use of assistive technology;

(III) reasonable accommodations or auxiliary aids or services; or

(IV) learned behavioral or adaptive neurological modifications.

(ii) The ameliorative effects of the mitigating measures of ordinary eyeglasses or contact lenses shall be considered in determining whether an impairment substantially limits a major life activity.

(iii) As used in this subparagraph

(I) the term "ordinary eyeglasses or contact lenses" means lenses that are intended to fully correct visual acuity or eliminate refractive error; and

(II) the term "low-vision devices" means devices that magnify, enhance, or otherwise augment a visual image.

Sec. 12103. Additional definitions.  As used in this chapter

(1) Auxiliary aids and services.  The term "auxiliary aids and services" includes

(A) qualified interpreters or other effective methods of making aurally delivered materials available to individuals with hearing impairments;

(B) qualified readers, taped texts, or other effective methods of making visually delivered materials available to individuals with visual impairments;

(C) acquisition or modification of equipment or devices; and

(D) other similar services and actions.

(2) State.  The term "State" means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the Virgin Islands of the United States, the Trust Territory of the Pacific Islands, and the Commonwealth of the Northern Mariana Islands.

SUBCHAPTER I - EMPLOYMENT

Sec. 12111. Definitions

As used in this subchapter:

(1) Commission.  The term "Commission" means the Equal Employment Opportunity Commission established by section 2000e-4 of this title.

(2) Covered entity.  The term "covered entity" means an employer, employment agency, labor organization, or joint labor-management committee.

-8-

(3) Direct threat.  The term "direct threat" means a significant risk to the health or safety of others that cannot be eliminated by reasonable accommodation.

(4) Employee.  The term "employee" means an individual employed by an employer. With respect to employment in a foreign country, such term includes an individual who is a citizen of the United States.

(5) Employer

(A) In general.  The term "employer" means a person engaged in an industry affecting commerce who has 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year, and any agent of such person, except that, for two years following the effective date of this subchapter, an employer means a person engaged in an industry affecting commerce who has 25 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding year, and any agent of such person.

(B) Exceptions.  The term "employer" does not include

(i) the United States, a corporation wholly owned by the government of the United States, or an Indian tribe; or

(ii) a bona fide private membership club (other than a labor organization) that is exempt from taxation under section 501(c) of title 26.

(6) Illegal use of drugs

(A) In general.  The term "illegal use of drugs" means the use of drugs, the possession or distribution of which is unlawful under the Controlled Substances Act [21 U.S.C. 801 et seq.]. Such term does not include the use of a drug taken under supervision by a licensed health care professional, or other uses authorized by the Controlled Substances Act or other provisions of Federal law.

(B) Drugs.  The term "drug" means a controlled substance, as defined in schedules I through V of section 202 of the Controlled Substances Act [21 U.S.C. 812].

(7) Person, etc.  The terms "person", "labor organization", "employment agency", "commerce", and "industry affecting commerce", shall have the same meaning given such terms in section 2000e of this title.

(8) Qualified individual.  The term "qualified individual" means an individual who, with or without reasonable accommodation, can perform the essential functions of the employment position that such individual holds or desires. For the purposes of this subchapter, consideration shall be given to the employer's judgment as to what functions of a job are essential, and if an employer has prepared a written description before advertising or interviewing applicants for the job, this description shall be considered evidence of the essential functions of the job.

(9) Reasonable accommodation.  The term "reasonable accommodation" may include

(A) making existing facilities used by employees readily accessible to and usable by individuals with disabilities; and

(B) job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, appropriate adjustment or modifications of examinations, training materials or policies, the provision of qualified

readers or interpreters, and other similar accommodations for individuals with disabilities.

(10) Undue hardship

(A) In general. The term "undue hardship" means an action requiring significant difficulty or expense, when considered in light of the factors set forth in subparagraph (B).

(B) Factors to be considered. In determining whether an accommodation would impose an undue hardship on a covered entity, factors to be considered include

(i) the nature and cost of the accommodation needed under this chapter;

(ii) the overall financial resources of the facility or facilities involved in the provision of the reasonable accommodation; the number of persons employed at such facility; the effect on expenses and resources, or the impact otherwise of such accommodation upon the operation of the facility;

(iii) the overall financial resources of the covered entity; the overall size of the business of a covered entity with respect to the number of its employees; the number, type, and location of its facilities; and

(iv) the type of operation or operations of the covered entity, including the composition, structure, and functions of the workforce of such entity; the geographic separateness, administrative, or fiscal relationship of the facility or facilities in question to the covered entity.

## Sec. 12112. Discrimination

(a) General rule. No covered entity shall discriminate against a qualified individual on the basis of disability in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment.

(b) Construction. As used in subsection (a) of this section, the term "discriminate against a qualified individual on the basis of disability" includes

(1) limiting, segregating, or classifying a job applicant or employee in a way that adversely affects the opportunities or status of such applicant or employee because of the disability of such applicant or employee;

(2) participating in a contractual or other arrangement or relationship that has the effect of subjecting a covered entity's qualified applicant or employee with a disability to the discrimination prohibited by this subchapter (such relationship includes a relationship with an employment or referral agency, labor union, an organization providing fringe benefits to an employee of the covered entity, or an organization providing training and apprenticeship programs);

(3) utilizing standards, criteria, or methods of administration

(A) that have the effect of discrimination on the basis of disability;

(B) that perpetuates the discrimination of others who are subject to common administrative control;

(4) excluding or otherwise denying equal jobs or benefits to a qualified individual because of the known disability of an individual with whom the qualified individual is known to have a

relationship or association;

(5) (A) not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or employee, unless such covered entity can demonstrate that the accommodation would impose an undue hardship on the operation of the business of such covered entity; or

(B) denying employment opportunities to a job applicant or employee who is an otherwise qualified individual with a disability, if such denial is based on the need of such covered entity to make reasonable accommodation to the physical or mental impairments of the employee or applicant;

(6) using qualification standards, employment tests or other selection criteria that screen out or tend to screen out an individual with a disability or a class of individuals with disabilities unless the standard, test or other selection criteria, as used by the covered entity, is shown to be job-related for the position in question and is consistent with business necessity; and

(7) failing to select and administer tests concerning employment in the most effective manner to ensure that, when such test is administered to a job applicant or employee who has a disability that impairs sensory, manual, or speaking skills, such test results accurately reflect the skills, aptitude, or whatever other factor of such applicant or employee that such test purports to measure, rather than reflecting the impaired sensory, manual, or speaking skills of such employee or applicant (except where such skills are the factors that the test purports to measure).

(c) Covered entities in foreign countries

(1) In general.  It shall not be unlawful under this section for a covered entity to take any action that constitute discrimination under this section with respect to an employee in a workplace in a foreign country if compliance with this section would cause such covered entity to violate the law of the foreign country in which such workplace is located.

(2) Control of corporation

(A) Presumption.  If an employer controls a corporation whose place of incorporation is a foreign country, any practice that constitutes discrimination under this section and is engaged in by such corporation shall be presumed to be engaged in by such employer.

(B) Exception.  This section shall not apply with respect to the foreign operations of an employer that is a foreign person not controlled by an American employer.

(C) Determination.  For purposes of this paragraph, the determination of whether an employer controls a corporation shall be based on

(i) the interrelation of operations;

(ii) the common management;

(iii) the centralized control of labor relations; and

(iv) the common ownership or financial control of the employer and the corporation.

(d) Medical examinations and inquiries

(1) In general.  The prohibition against discrimination as referred to in subsection (a) of this section shall include medical examinations and inquiries.

-11-

**ati** AMERICANTOURS INTERNATIONAL, LLC

<u>**VIA FED EX**</u>

February 14, 2019

Dear Nikki:

This letter serves as notification of Termination. Due to facing business conditions at hand; we regret to inform you that ATI can no longer wait for your return. Therefore your employment with ATI is terminated as of February 14, 2019.

If in future you desire and are able to do so, ATI welcomes your application to the company for any open positions at the time of your reapplication.

ATI thanks you for your understanding, for your service over your ATI tenure, and ATI wishes you all of the best always.

Kindest Regards,

Lucienne Mack
Human Resources

Cc: personnel file

AMERICANTOURS INTERNATIONAL LLC  I  6053 West Century Blvd., Suite 700,  Los Angeles, CA  90045
Tel: (310) 641-9953 I  www.americantours.com

1

**AMERICANTOURS INTERNATIONAL, LLC**

# NOTICE OF CHANGE IN STATUS

**EMPLOYER'S NAME:**    **AmericanTours International, LLC**

**EMPLOYEE'S NAME:**    **Nikki Christen**

**EMPLOYEE'S SOCIAL SECURITY NUMBER:**
*(to be filled in by Employee)*

**EFFECTIVE DATE OF CHANGE:**  **February 14, 2019**

**CHANGE IN STATUS:**

    ☒    Employment Terminated, standard release
           for reason other than gross misconduct

    ☐    Employment Terminated, gross misconduct
           involved

    ☐    Layoff

    ☐    Voluntary Resignation

    ☐    Leave of Absence

    ☐    Other:

☐ Pamphlets/Forms enclosed (if applicable)

STATE OF HAWAII
UNEMPLOYMENT INSURANCE DIVISION
NOTICE OF UNEMPLOYMENT INSURANCE DECISION

DECISION DATE: 04/22/19

NIKKI L CHRISTEN                          SSAN: XXX-XX-3603  ISSUE NO: 5
364 SEASIDE AVE APT 610                   ISSUE TYPE: MC
HONOLULU, HI 968152503                    CLAIM TYPE:         PGM:
                                          DETERMINATION       CODE: ALLOW

This decision is based on available information as the employer failed to provide additional information.

383-30(2):  No disqualification.  *Approved for Unemployment*

Section 383-30(2) Hawaii Revised Statutes provides that an individual shall be disqualified for benefits if the individual has been discharged for misconduct connected with work. The disqualification is until the individual has subsequent to the week in which the discharge occurred, been paid wages in covered employment equal to not less than five times the individual's weekly benefit amount as determined under section 383-22(b).

You were employed by Americantours International LLC as a customer liason from 08/27/18 to 02/14/19. You reported you were discharged while you were in the hospital as the employer felt you were not able to perform your job. The employer did not provide any additional information. However, the termination letter provided states the employer could no longer wait for you to return to work.

Based on the available information, there is insufficient evidence to show that you were discharged for misconduct connected with work. Therefore, no disqualification is imposed as you were discharged for reasons other than misconduct connected with work.

Claims Examiner _____ T. Shodahl _____    Decision Mailed  04/22/19

Appeal Rights:  If you disagree with this decision, your deadline to request reconsideration or an appeal is **10 calendar days** from the "Decision Mailed" date above. Your request must be in writing and filed either in person at, or by postmarked mail to the HONOLULU CLAIMS OFFICE 830 PUNCHBOWL ST RM 110 HONOLULU HI 96813, or the EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE (ESARO) at 830 Punchbowl Street, Room 429, Honolulu, Hawaii 96813, with a copy of this decision. Claimants and Employers with registered online accounts may also file their request online at uiclaims.hawaii.gov. The appeal deadline may be extended to 30 days by an appeals officer upon a showing of good cause.

Refer to the "Information on Unemployment Benefits Handbook" or "Handbook for Employers on Unemployment Insurance" for additional information about filing an appeal or contacting your local unemployment office for assistance. You may also obtain additional information and establish an online account by visiting http://labor.hawaii.gov/UI.

Notice to Claimant: If you file an appeal, continue to file your weekly or bi-weekly claims as instructed. Follow the instructions by uiclaims.hawaii.gov or contact your local office if: (1) You get a job and become unemployed again; (2) You are still unemployed at the end of the disqualification period; or (3) You believe that the reason for denying you benefits no longer applies.

HEALTH | STRAUB
MEDICAL

CREATING A HEALTHIER

9/16/2018

Nikki Lee Christen
364 Seaside Ave 610
Honolulu HI 96815

This is to certify that Nikki Lee Christen is under my professional care and was unable to perform her usual duties due to her illness from 9/16/2018 to 9/19/2018.

She may return to work/school on 9/20/2018.

Sincerely,

Dana M Dafnis, MD
STRAUB CLINIC SHERATON WAIKIKI
2255 Kalakaua Ave Shop #1
Manor Wing
Honolulu HI 96815-3227
Phone: 808-971-6000
Fax: 808-971-6041

**HAWAI'I PACIFIC HEALTH** | **STRAUB MEDICAL CENTER**

CREATING A HEALTHIER HAWAI'I

11/27/2018

Nikki Lee Christen
364 Seaside Ave 610
Honolulu HI 96815

This is to certify that Nikki Lee Christen is under my professional care and was unable to perform her usual duties on Tuesday, 11/27/2018.

She may return to work/school on 11/28/2018.

Remarks: None

Sincerely,

Fay P. V. Bagarinao, MD
STRAUB CLINIC SHERATON WAIKIKI
2255 Kalakaua Ave Shop #1
Manor Wing
Honolulu HI 96815-3227
Phone: 808-971-6000
Fax: 808-971-6041

Christen, Nikki (MR # 9913372)                                                                    Page 1 of 1
**Christen, Nikki (41 year old Female)**

| Admission Date | Patient Class | MRN | CSN |
|---|---|---|---|
| 2/14/19 | Inpatient | 9913372 | 91813878 |

## Patient Belongings

| Flowsheet Row | Most Recent Value |
|---|---|
| Glasses | No data |
| Contact Lens | No data |
| Dentures/Appliances | No data |
| Hearing Aids | No data |
| Assistive Devices | No data |
| Prosthetic Limb | No data |
| Electronic Devices | **KEPT BY PATIENT** |
| Clothing | **KEPT BY PATIENT** [white shirt, leggings, short, panties ] |
| Patient Meds/Inhalers | No data |
| CPAP/BiPAP/Oxygen | No data |
| Purse/Wallet | **KEPT BY PATIENT** |
| Credit Cards | **TO FAMILY** [given to bf] |
| Cash Amount | **TO FAMILY** [given to bf] |
| Keys | No data |
| Jewelry | No data |
| Body Piercings | No data |
| Watch | No data |
| Driver's License | **TO FAMILY** [given to bf] |
| Checkbook | No data |
| Misc Items | **KEPT BY PATIENT** [shoes, shoulder bag ] |
| Returned to Pt/Family | No data |

## AVS Patient / Guardian Acknowledgement

Patient / Surrogate Acknowledgement: _____  2/14/19
Date: _____

Staff Signature: _____
Date: _____

mend. Let me find that stinkin letter.

Ok thanks!



PANDULA, ABHINETRI (M.D.)
HONOLULU MEDICAL OFFICE
INTERNAL MEDICINE
1010 Pensacola Street
Honolulu HI 96814
808-432-2000

**Patient Name:** Christen,Nikki
**Encounter Date & Time:** 2/11/2019 2:20 PM

Please see below for this health care provider's directives and information relating to this encounter.

# Work Status Report

**Date onset of condition:**
**Next Appointment Date:**

**Off Work**
This patient is placed off work from 2/11/2019 through 2/13/2019

This form has been electronically signed and authorized by PANDULA, ABHINETRI (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

*By policy for non-work related illness/injury, Kaiser Permanente does not permit backdating of workslips. If a date of onset is provided, it is based on the patient's report.*

*Patient Name: Nikki Christen*



**KAISER
PERMANENTE.**

Nikki Christen                    2/17/2019

MOANALUA MEDICAL CENTER
1 WEST
3288 Moanalua Road
Honolulu HI 96819
808-432-0000
808-432-0000


**An employer issued work release slip was completed today for the patient.**

The patient was unable to work 2/14/2019 to 2/17/2019.

The patient was hospitalized during this time.

She may return to work on 2/17/2019.

_____
Physician/Practitioner's Signature            2/17/2019

By policy, Kaiser Permanente DOES NOT PERMIT BACKDATING OF WORK
SLIPS.

Any further questions regarding the patient's medical condition requires a signed
Personal Health Information release form. If further clarification is required for
employment-related issues, the patient must sign the appropriate consent form,
available at any Kaiser Permanente clinic.