UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| NIKKI LEE CHRISTEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMERICAN TOURS INTERNATIONAL,<br><br>        Defendant. | CIV. NO. 21-00065 LEK-KJM |

**ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT FOR
EMPLOYMENT DISCRIMINATION WITHOUT PREJUDICE**

On January 27, 2021, pro se Plaintiff Nikki Lee Christen ("Plaintiff") filed her Complaint for Employment Discrimination ("Complaint"). [Dkt. no. 1.] On March 1, 2021 Plaintiff filed her Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). [Dkt. no. 4.] On April 26, 2021, Plaintiff filed her amended Complaint for Employment Discrimination ("Amended Complaint"). [Dkt. no. 7.] On May 24, 2021, this Court issued an order denying the Application without prejudice. [Dkt. no. 10.] On June 25, 2021, Plaintiff filed an amended Application to Proceed in District Court Without Prepaying Fees or Costs ("Amended Application"). [Dkt. no. 12.] On July 23, 2021, this Court issued an order denying Plaintiff's Amended Application ("7/23/21 Order"). [Dkt. no. 14.] There, Plaintiff was ordered to pay the filing fee by August 24, 2021. [7/23/21 Order at 3.]

Plaintiff was also cautioned that, if she failed to pay the filing fee, this action would be automatically dismissed.  [Id.]

Because Plaintiff has neither paid the filing fee, nor requested additional time to do so, the Amended Complaint is HEREBY DISMISSED.  The dismissal is WITHOUT PREJUDICE to the filing of a new action.  The Clerk's Office is DIRECTED to enter judgment and close this case, unless Plaintiff files a motion for reconsideration on or before the required deadline.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 9, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**NIKKI LEE CHRISTEN VS. AMERICAN TOURS INTERNATIONAL; CV 21-00065 LEK-KJM; ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT FOR EMPLOYMENT DISCRIMINATION WITHOUT PREJUDICE**